# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Lynda Marie Boudreaux | **Case No :** | 12-10813 - B - 13 |
| | | **Date :** | 4/4/12 |
| | | **Time :** | 01:00 |
| **Matter :** | [16] - Objection to Confirmation of Plan by GMAC Mortgage, LLC Filed by Creditor GMAC Mortgage, LLC (tsef) | | OPPOSED |
| **Judge :** | W. Richard Lee | | |
| **Courtroom Deputy :** | Jennifer Dauer | | |
| **Reporter :** | Karen Griswold | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney - Kristi Wells
**Respondent(s) :**
        Debtor(s) Attorney - Phillip W. Gillet Jr.

OBJECTION was :
Submitted