```
PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200
FACSIMILE (661) 323-3078
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for Debtor(s)
```

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

LYNDA MARIE BOUDREAUX

Address: 3800 STOCKDALE HWY.
BAKERSFIELD, CA 93309

Social Security No(s)./TIP No(s).
xxx-xx-4988

Debtor(s).

Case No.: 12-10813-B-13
Chapter 13
Docket Control No.: PWG-001

DATE: November 28, 2012
TIME: 1:00 p.m.
PLACE: 1300 18th Street, Suite A
Bakersfield, CA 93301
JUDGE: Hon. W. Richard Lee

### DECLARATION OF DEBTOR SUPPORTING MOTION TO VALUE COLLATERAL

1. I declare that I could, and would, competently testify, if called upon to do so, to each of the following facts based upon my personal knowledge, and/or information and belief if so stated.

2. I am the debtor in the above-entitled bankruptcy case.

3. I own real property that serves as my primary residence located at 3800 Stockdale Hwy. #15, Bakersfield, California 93309 ("Home").

4. I believe that the fair market value of my Home was no more than $40,000.00 at the time our bankruptcy case was filed. This assertion is based upon seeing home listed for sale and the prices those homes realized at sale.

5. The assertion of value is also based upon comparable sales my homes in my area. A true and correct copy of the comparable sales from www.kerndata.com is attached as Exhibit A to this declaration and incorporated by reference into this declaration.

6. I am informed and believe that my home is currently secured by 2 deeds of trust.

7. A first Deed of Trust was opened on or about March 2005. According to the Proof of Claim No. 4 (filed March 26, 2012), I owe $76,119.52.

8. A second Deed of Trust was opened on or about November 2006. According to the Proof of Claim No. 16 (filed July 6, 2012), I owe $42,038.48.

I declare that the foregoing is true and correct under penalty of perjury of the laws of the State of California.

Dated: October 19, 2012          /s/ Lynda Marie Boudreaux
                                 Debtor, LYNDA MARIE BOUDREAUX

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

## KernData.com
**Comparable Sales**

DATA, MAPS AND MORE...

Revise Criteria | Search | Print | My Saved Items | Logout

### Subject Property

| APN/Tax No | Address | Sale Date | Use | Pool/Spa | SqFt | Sale Price | $/SqFt |
|---|---|---|---|---|---|---|---|
| 020-320-15-6<br>020-320-15-00-3 | 3800 STOCKDALE HY # 15<br>BAKERSFIELD | 06/16/1997 | 0600 | N/N | 1,153 | $47,950 | $41.59 |



**Parameters Used:** Sales within the last 90 days within .5 mile(s)

### Comparable Sales

| Details | | | Distance | Sale Date | SqFt | Sale Price | $/SqFt |
|---|---|---|---|---|---|---|---|
| 1 | APN: 149-111-04-9<br>ATN: 149-111-04-00-5<br>Address: 213 JONES ST BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.00<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.14 Acres | 0.3 mi | 10/25/2011 | 912 | N/A | N/A |
| 2 | APN: 149-102-17-0<br>ATN: 149-102-17-00-7<br>Address: 120 GRIFFITHS ST BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.00<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.16 Acres | 0.2 mi | 09/26/2011 | 912 | N/A | N/A |
| 3 | APN: 020-053-13-8<br>ATN: 020-053-13-00-0<br>Address: 6 REAL RD BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.00<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.16 Acres | 0.2 mi | 09/30/2011 | 1,014 | $57,500 | $57,500 |
| 4 | APN: 020-053-12-0<br>ATN: 020-053-12-00-7<br>Address: 2 REAL RD BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.00<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.16 Acres | 0.2 mi | 09/30/2011 | 1,014 | $52,500 | $52,500 |
| 5 | APN: 149-112-11-2<br>ATN: 149-112-11-00-2<br>Address: 302 CURRAN ST BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.00<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.17 Acres | 0.3 mi | 09/15/2011 | 1,014 | $64,000 | $64,000 |
| 6 | APN: 149-112-11-2<br>ATN: 149-112-11-00-2<br>Address: 302 CURRAN ST BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.00<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.17 Acres | 0.3 mi | 09/15/2011 | 1,014 | $64,000 | $64,000 |

http://www.kerndata.com/index.cfm?fuseaction=User.doCompSales    12/8/2011

EXHIBIT A

| | APN / ATN / Address | Use Code / Bed/Bath / Pool/Spa / Lot Size | Dist | Date | SqFt | | |
|---|---|---|---|---|---|---|---|
| 7 | APN: 149-033-01-1<br>ATN: 149-033-01-00-7<br>Address: 4411 FRAZIER AV BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.00<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.14 Acres | 0.4 mi | 09/13/2011 | 1,068 | $78,000 | $78,000 |
| 8 | APN: 149-112-02-1<br>ATN: 149-112-02-00-6<br>Address: 205 GRIFFITHS ST BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.00<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.18 Acres | 0.3 mi | 11/29/2011 | 1,082 | N/A | N/A |
| 9 | APN: 020-320-31-3<br>ATN: 020-320-31-00-9<br>Address: 3800 STOCKDALE HY # 31 BAKERSFIELD | Use Code: 0600<br>Bed/Bath: 2/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.03 Acres | 0.1 mi | 09/23/2011 | 1,099 | $43,000 | $43,000 |
| 10 | APN: 020-084-23-2<br>ATN: 020-084-23-00-5<br>Address: 3330 BANK ST BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.13 Acres | 0.4 mi | 10/21/2011 | 1,113 | N/A | N/A |
| 11 | APN: 020-320-14-9<br>ATN: 020-320-14-00-0<br>Address: 3800 STOCKDALE HY # 14 BAKERSFIELD | Use Code: 0600<br>Bed/Bath: 2/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.04 Acres | 0.0 mi | 11/04/2011 | 1,153 | $29,000 | $29,000 |
| 12 | APN: 020-320-14-9<br>ATN: 020-320-14-00-0<br>Address: 3800 STOCKDALE HY # 14 BAKERSFIELD | Use Code: 0600<br>Bed/Bath: 2/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.04 Acres | 0.0 mi | 11/04/2011 | 1,153 | $29,000 | $29,000 |
| 13 | APN: 020-264-06-5<br>ATN: 020-264-06-00-8<br>Address: 1 DUNLAP ST BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.19 Acres | 0.2 mi | 09/30/2011 | 1,192 | $58,200 | $58,200 |
| 14 | APN: 020-293-06-4<br>ATN: 020-293-06-00-0<br>Address: 7 STINE RD BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 4/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.15 Acres | 0.1 mi | 11/09/2011 | 1,209 | N/A | N/A |
| 15 | APN: 020-265-07-0<br>ATN: 020-265-07-00-8<br>Address: 117 DUNLAP ST BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 4/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.14 Acres | 0.2 mi | 11/30/2011 | 1,218 | N/A | N/A |
| 16 | APN: 020-200-08-5<br>ATN: 020-200-08-00-8<br>Address: 27 GARNSEY AV BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 2/1.50<br>Pool/Spa: Y/N<br>Approx. Lot Size: 0.29 Acres | 0.1 mi | 09/12/2011 | 1,288 | $70,000 | $70,000 |
| 17 | APN: 149-131-05-4<br>ATN: 149-131-05-00-4<br>Address: 3912 MARSHA ST BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.15 Acres | 0.3 mi | 12/01/2011 | 1,318 | N/A | N/A |
| 18 | APN: 149-292-17-9<br>ATN: 149-292-17-00-3<br>Address: 3800 NAVAJO AV BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.00<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.16 Acres | 0.4 mi | 09/28/2011 | 1,420 | N/A | N/A |
| 19 | APN: 020-481-10-7<br>ATN: 020-481-10-00-2<br>Address: 4400 KENTFIELD DR BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 3/1.75<br>Pool/Spa: Y/N<br>Approx. Lot Size: 0.18 Acres | 0.5 mi | 09/28/2011 | 1,592 | $115,000 | $115,000 |
| 20 | APN: 020-064-12-7<br>ATN: 020-064-12-00-7<br>Address: 132 WETHERLEY DR BAKERSFIELD | Use Code: 0101<br>Bed/Bath: 5/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.18 Acres | 0.3 mi | 10/04/2011 | 1,775 | N/A | N/A |
| 21 | APN: 020-180-13-9<br>ATN: 020-180-13-00-7<br>Address: 214 GARNSEY AV BAKERSFIELD | Use Code: 0100<br>Bed/Bath: 4/1.75<br>Pool/Spa: N/N<br>Approx. Lot Size: 0.57 Acres | 0.2 mi | 11/14/2011 | 1,789 | N/A | N/A |
| 22 | APN: 020-210-09-2<br>ATN: 020-210-09-00-4<br>Address: 321 GARNSEY AV BAKERSFIELD | Use Code: 0100<br>Bed/Bath: 4/2.50<br>Pool/Spa: N/N<br>Approx. Lot Size: 1.32 Acres | 0.3 mi | 11/10/2011 | 2,811 | N/A | N/A |



Copyright © 2007 Kerndata.com • Bakersfield • California • 888 871 7205

http://www.kerndata.com/index.cfm?fuseaction=User.doCompSales

12/8/2011



EXHIBIT A