PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200 ● FACSIMILE (661) 323-3078
lawyer@bak.rr.com
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for debtor[1]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:
LYNDA MARIE BOUDREAUX

Address: 3800 STOCKDALE HIGHWAY, # 15
BAKERSFIELD, CA 93309

Social Security No(s)./TID No(s).
xxx-xx-4988

Debtor.

Case No.: 12-10813-B-13K
Chapter 13
Docket Control No.: PWG-001

DATE: November 28, 2012
TIME: 1:00 p.m.
PLACE: 1300 18th Street, Suite A
Bakersfield, California
JUDGE: Hon. W. Richard Lee

### ORDER GRANTING MOTION TO VALUE COLLATERAL.

After notice and opportunity for hearing, with good cause appearing, the court grants the motion to value collateral.

The court finds as follows. Service was proper on the named creditor under Federal Rules of Bankruptcy Procedure 7004. The secured claim of the named creditor is determined to be wholly unsecured because the value of the senior lien exceeds the value of the collateral and shall be allowed and provided for in the chapter 13 plan as a general unsecured claim. Upon completion of payments under the plan the lien created by document no. **0206292392** is fully satisfied. The treatment under the chapter 13 plan shall be binding on any successors and assigns.

/ / / /

/ / / /

---

[1] ...' includes both the singular and plural. See 11 U.S.C. § 107(2).

1

ORDER GRANTING MOTION TO VALUE COLLATERAL

RECEIVED
November 27, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004550263

**IT IS ORDERED** that the motion to value the collateral of **CITIMORTGAGE, INC.** on real property commonly known as 3800 STOCKDALE HIGHWAY, # 15, BAKERSFIELD, CA 93309 and legally described in the attached exhibit to this order is granted.

```
This order is only binding on the above named respondent and
any successor in interest after entry of the order.
```

Dated: Nov 30, 2012

_____
W. Richard Lee
United States Bankruptcy Judge

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET • BAKERSFIELD, CA 93301-4611 • (661) 323-3220 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

# EXHIBIT A

THE FOLLOWING DESCRIBED REAL PROPERTY SITUATE IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, AND STATE OF CALIFORNIA, TO WIT:

THE REAL PROPERTY IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, DESCRIBED AS

PARCEL 1 - LOT 15, TRACT 2349, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED FEBRUARY 25, 1960, IN BOOK 11, PAGE 53 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2 - A NON-EXCLUSIVE EASEMENT AND RIGHT OF WAY FOR INGRESS AND EGRESS OVER LOT 43, TRACT 2340, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED FEBRUARY 25, 1960, IN BOOK 11, PAGE 53 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

BY FEE SIMPLE DEED FROM EARLE J. GIBBONS AND KAROL WHEELAN SCHULTZ, AS TRUSTEES OF THE WHEELAN FAMILY TRUST "B", DATED OCTOBER 24, 1986, WHO ERRONEOUSLY ACQUIRED TITLE AS EARLE J. GIBBONS AND CAROL WHEELAN SCHULTZ, AS TRUSTEES OF THE MARK J. WHEELAN TRUST AS SET FORTH IN INSTRUMENT NO. 0197078784 AND RECORDED ON 6/16/1997, KERN COUNTY RECORDS.

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.

DOT/ROST NOTICE
REF#
US Recordings