**3**

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200
FACSIMILE (661) 323-3078
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for debtor

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| In re<br>LYNDA MARIE BOUDREAUX<br><br>Address: 3800 Stockdale Hwy #15<br>Bakersfield, CA 93309<br><br>Social Security No(s)/EIN<br>xxx-xx-4988<br>80-0424414<br><br>Debtor. | Case No.: 12-10813-B-13K<br>Chapter 13<br>Motion Control No.: None [sic]<br><br><br>DATE: April 4, 2012<br>TIME: 1:00 p.m.<br>PLACE: 1300 18th Street, Suite A<br>Bakersfield, California<br>JUDGE: Hon. W. Richard Lee |
|---|---|

### ORDER CONFIRMING PLAN

The Chapter 13 plan (filed 01/31/2012) of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. section 1325.

Therefore, **IT IS ORDERED** that the Chapter 13 Plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

////

////

RECEIVED
February 01, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004645800

4.     **IT IS FURTHER ORDERED** that the debtor's attorney has opted out of the fixed fees under Local Bankruptcy Rule (LBR) 2016-1(a) and the terms of his written retainer agreement. Compensation shall be determined upon prior application in accordance with 11 U.S.C. §§ 329 and 330, Fed. R. Bankr. P. 2002, 2016, and 2017 and any other applicable authority.

5.     **IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. section 1323, the plan is amended as follows:

Sections 7.04(1)(d), (e) & (g), 7.04(2), (3), (4) and (5) shall be stricken.   The plan payment shall be $261.00 in month 1, $278 in months 2-18 and $261 for months 18-42.

Class 2 secured creditor, Stockdale Gardens Homeowners Association, is to be paid interest at 4.25%. The monthly dividend to AmeriCredit shall be $69 per month.

The debtor has scheduled a claim against Dick's Sporting Goods for injuries suffered, which has not yet been adjudicated. The amount of the claim is unknown. The debtor has claimed an exemption pursuant to C.C.P. § 703.140(b)(11)(D),(E) in the sum of $22,075. The debtor shall continue the litigation and upon settlement or judgment notify the chapter 13 trustee of the any settlement or judgment and provide the trustee with all documents reflecting the amount of the settlement or judgment and the amount the debtor claim exempt. Any non-exempt amounts shall be paid immediately to the chapter 13 trustee. The chapter 13 trustee may seek modification of the debtor's chapter 13 plan and/or object to the debtor claim of exemption, and the time period for filing said objection to exemptions is hereby extended until 60 days after notification in writing by the debtor to the chapter 13 trustee of the outcome of the personal injury claim.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org

The court shall retain jurisdiction to reexamine the issue as to whether the unsecured creditors are receiving what they would in the event of liquidation under Chapter 7, in light of the settlement or judgment and or whether the award or judgment constitutes disposable income, which the debtor should devote to the Chapter 13 plan.

Approved by the Attorney for the Chapter 13 Trustee as to form.

Dated: Feb 08, 2013

_____
W. Richard Lee
United States Bankruptcy Judge

PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET • BAKERSFIELD, CA 93301-2807 • (661) 323-3200 • FACSIMILE (661) 323-3078 • www.bakersfieldlaw.org