PHILLIP GILLET, JR.
ATTORNEY AT LAW
1705 27TH STREET
BAKERSFIELD, CALIFORNIA 93301-2807
(661) 323-3200
FACSIMILE (661) 323-3078
Phillip W. Gillet, Jr., State Bar No. 214914
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:
LYNDA BOUDREAUX

Debtor(s).

Case No.: 12-10813-B-13K
Chapter 13
Docket Control No(s).: PWG-2

## *EX PARTE* APPLICATION AND DECLARATION OF PHILLIP W. GILLET, JR. TO MODIFY AN ORDER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 60

TO THE HONORABLE W. RICHARD LEE:

Under Federal Rules of Civil Procedure 60, made applicable to bankruptcy cases by Federal Rules of Bankruptcy Procedure 9024, the Debtors request that this court correct or amend the order confirming the chapter 13 plan, entered on February 8, 2013. This order listed two applicable payments for month 8. See page 2, line 8. By the Corrected Order Confirming Plan, which is filed concurrently with this application, the debtor and the trustee are attempting to correct that problem.

I declare under penalty of perjury of the laws of the State of California that the foregoing information is true and correct.

Respectfully submitted,

DATED: April 8, 2013                By: _____

Phillip W. Gillet, Jr. (Bar No. 214914)